# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marian L. Mulberry,                                   Civil No. 08-3464 (RHK/JJG)

            Plaintiff,                          **DISQUALIFICATION AND**
                                                      **ORDER FOR REASSIGNMENT**

vs.

Wyeth d/b/a Wyeth, Inc., et al.,

            Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 30, 2008

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge